IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DALE A. COPEMANN,

    Plaintiff,

v.                              CASE NO. 1:10cv228-SPM/GRJ

CITIFINANCIAL BANK, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 7) dated December 1, 2010. Plaintiff was furnished a copy and has filed objections (docs. 8 and 10) and additional documents to support his request to proceed in forma pauperis (docs. 9 and 11). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.

Although Plaintiff may in fact be unable to pay the filing fee for this case, Plaintiff must also show that his case is not frivolous or malicious in order to proceed in forma pauperis. 28 U.S.C. § 1915(e)(2)(B). As explained in the report and recommendation, Plaintiff's § 1983 claim is frivolous because he does

not demonstrate that the defendants were acting under color of state law and Plaintiff only alleges his rights were violated under state law (Fla. Stat. § 501.005), not federal law.   Accordingly it is

ORDERED AND ADJUDGED:

1.	The report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2.	This case is dismissed for failure to state a claim for relief.

3.	The motions to proceed in forma pauperis and for appointment of counsel (docs. 2 and 3) are denied.

DONE AND ORDERED this 16th day of December, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge